

July 23, 2019

**VIA ECF:**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom: 21A
New York, NY 10007-1312

Re:   **Jenkin v. SZ Global, Inc., Zehra & Sawyer**
      **Case No. 1:19-cv-05954-NRB-SDA**
      **Our File No.:  00360-0002**

Dear Judge Buchwald ,

      We represent the plaintiff, Aaron Jenkin, in the above referenced matter. Upon request of Defendants, and upon consent of all parties, we hereby request that the Court grant the Defendants a 30-day extension of time to Answer or otherwise respond to the Complaint in this matter.   The Defendants have asked for additional time to seek counsel and otherwise review the Complaint, and any possibility of settlement.

      The Defendants were served on July 3, 2019, and their Answer is due July 24, 2019.  Defendants have requested an additional 30-days until August 23, 2019, so that they can obtain counsel and determine if the parties can reach an amicable resolution.

      All parties have consented to the extension, and this is the first request by either party for any extension of time.  The initial conference date has not yet been set, and the parties do not expect this extension to affect any future scheduling matters in this case.

Sincerely,

**SRIPLAW**

Joseph A. Dunne

CC: All parties